No. 04–5555. WOODS v. HALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5558. BASALO v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–5560. THOMAS v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–5562. DAY v. MITCHELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5568. DEAN v. SMITH COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–5570. AUGE v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–5575. JOYNER v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–5579. CALHOUN, AKA MARTIN v. FRISCO RAILROAD ET AL. C. A. 6th Cir. Certiorari denied.

No. 04–5587. BARNES v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–5590. LASTER v. SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–5596. RUDDICK v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–5608. BOWIE v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 04–5610. PARKER v. MORENO. C. A. 5th Cir. Certiorari denied.

No. 04–5612. JENKINS v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.